IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.   17-19514 |
| | ) | Chapter     13 |
| DENNIS MEDINA and | ) | Honorable   Janet S. Baer |
| ELENA MEDINA | ) | |
| Debtors, | ) | |

## NOTICE OF MOTION

To: Attached List:

PLEASE TAKE NOTICE that on **April 2, 2021**, at **9:30 a.m.**, I will appear before the Honorable **Janet S. Baer** or any judge sitting in that judge's place, and present the Debtor's **MOTION FOR WAIVER OF CERTIFICATION OF DOMESTIC SUPPORT OBLIGATIONS**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/ Roxanna M. Hipple
HIPPLE LAW, P.C.
100 Illinois Street, Ste. 200
St. Charles, IL 60174
Phone (847) 426-2900
Email: rhipple@hipplelaw.com

## CERTIFICATE OF SERVICE

I, Roxanna M. Hipple, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on March 23, 2021 by 5:00 p.m.

17-19514 Dennis Medina and Elena Medina

Pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, the foregoing NOTICE OF MOTION and MOTION is served on all persons set forth below identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons by mailing a copy of same in an envelope properly addressed and with postage fully prepaid.

**FREEDOM MORTGAGE CORPORATION**
*Added: 04/26/2018*
*(Creditor)*

represented by

**Kinnera Bhoopal**
McCalla Raymer Leibert Pierce, LLC
1 North Dearborn
Suite 1200
Chicago, IL 60611
(312) - 4765172 Ext.
kinnera.bhoopal@mccalla.com
*Assigned: 08/07/18*

**Dana N O'Brien**
McCalla Raymer Pierce, LLC
1 N Dearborn Street
Suite 1200
Chicago, IL 60602
312 346-9088 Ext. 5188
312 346-1961 (fax)
dana.obrien@mccalla.com
*Assigned: 09/20/18*

**Toni Townsend**
McCalla Raymer Leibert Pierce, LLC
One North Dearborn, Suite 1300
Suite 1200
Chicago, IL 60602
(312) - 4765174
toni.townsend@mccalla.com
*Assigned: 11/08/19*

**Timothy R Yueill**
Law Offices of Ira T. Nevel
175 N. Franklin
Chicago, IL 60606
312 357-1125 Ext. 223
312 357-1141 (fax)
timothyy@nevellaw.com
*Assigned: 04/26/18*

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov
*Added: 06/28/2017*
*(U.S. Trustee)*

Document      Page 3 of 6

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541
(877) 829-8298
(757) 351-3257 (fax)
claims@recoverycorp.com
*Added: 06/29/2017*
*(Creditor)*

| | | |
|---|---|---|
| **Pingora Loan Servicing, LLC**<br>*Added: 07/11/2017*<br>*(Creditor)* | represented by | **Michael N Burke**<br>SHAPIRO KREISMAN & ASSOCIATES, LLC<br>2121 Waukegan Road<br>Suite 301<br>Bannockburn, IL 60015<br>847-770-4282<br>847-291-3434 (fax)<br>mburke@logs.com<br>*Assigned: 07/11/17* |
| **Pingora Loan Servicing, LLC**<br>*Added: 11/08/2017*<br>*(Creditor)* | represented by | **Michael J Kalkowski**<br>Fisher and Shapiro LLC<br>2121 Waukegan Road<br>Suite #301<br>Bannockburn, IL 60015<br>847 291-1717 Ext. 4301<br>847-291-7519 (fax)<br>mkalkowski@fisherandshapirolaw.com<br>*Assigned: 11/08/17* |

**Glenn B Stearns**
801 Warrenville Road Suite 650
Lisle, IL 60532
630-981-3888
mcguckin_m@lisle13.com
*Added: 06/28/2017*
*(Trustee)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No.   17-19514 |
| ) | Chapter   13 |
| DENNIS MEDINA and ) | Honorable   Janet S. Baer |
| ELENA MEDINA ) | |
| Debtors, ) | |

## MOTION FOR WAIVER
## CERTIFICATION FOR DOMESTIC SUPPORT OBLIGATIONS

NOW COMES, Roxanna M. Hipple, Esq., attorney for the Debtors Dennis and Elena Medina (deceased) and for a Motion For Waiver of Certification For Domestic Support Obligations, states as follows:

1. The court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157 and this is a core proceeding pursuant to 28 U.S.C. §157(b).

2. On June 28, 2017, the Debtors' filed a petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

3. On August 25, 2017, the Debtors' Chapter 13 Plan was confirmed.

4. On November 10, 2020, the co-debtor, Elena Medina, passed away. (See Exhibit A).

5. On March 19, 2021, the court issued a Notice to require Debtor's Declaration of Domestic Support Obligations for Discharge.

6. The purpose of this motion is to request an exemption of the requirement for the Co-Debtor, Elena Medina, to provide a Declaration Regarding Domestic Support Obligations, required by 11 U.S.C. §1328(a) and §1228(a), so that the case can complete with a discharge, provided all other case requirements are met by the Debtor with a completed plan.

      **WHEREFORE,** Debtor requests an order granting an exemption for Co-Debtor, Elena Medina, to provide a Declaration Regarding Domestic Support Obligations in this case and for such other relief as this Court deems fair and just.

                            Respectfully submitted:
                            /s/ Roxanna M. Hipple
                            Attorney for the Debtor

Roxanna M. Hipple.
HIPPLE LAW, P.C.
100 Illinois Street, Suite 200
St. Charles, IL 60174
(847) 426-2900
06211097

# KANE COUNTY CLERK REGISTRAR
## GENEVA, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH




STATE FILE NUMBER: 2020 0105050
DATE ISSUED: 11/1...

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | ELENA B MEDINA |
| SEX | FEMALE |
| DATE OF DEATH | NOVEMBER 10, 2020 |
| COUNTY OF DEATH | KANE |
| AGE AT LAST BIRTHDAY | 48 YEARS |
| DATE OF BIRTH | OCTOBER 18, 1972 |
| CITY OR TOWN | AURORA |
| HOSPITAL OR OTHER INSTITUTION NAME | RUSH-COPLEY MEDICAL CENTER |
| PLACE OF DEATH | INPATIENT |
| BIRTHPLACE | PHILIPPINES |
| SOCIAL SECURITY NUMBER | [redacted] |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | DENNIS E MEDINA |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 2391 AUTUMN GROVE CIRCLE |
| APT. NO. | |
| CITY OR TOWN | AURORA |
| INSIDE CITY LIMITS? | YES |
| COUNTY | DU PAGE |
| STATE | IL |
| ZIP CODE | 60504 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | RENATO BIGLETE |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | OLIVIA MALANAY |
| INFORMANT'S NAME | DENNIS E MEDINA |
| RELATIONSHIP | HUSBAND |
| MAILING ADDRESS | 2391 AUTUMN GROVE CIRCLE, AURORA, IL, 60504 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | MIDWEST CREMATORY, INC |
| LOCATION - CITY OR TOWN AND STATE | NAPERVILLE, IL |
| DATE OF DISPOSITION | NOVEMBER 17, 2020 |
| FUNERAL HOME | BEIDELMAN KUNSCH FUNERAL HOME LTD, 24021 W ROYAL WORLINGTON DRIVE, NAPERVILLE, IL, 60564 |
| FUNERAL DIRECTOR'S NAME | RONALD A KURZA JR |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | [redacted] |
| LOCAL REGISTRAR'S NAME | JOHN ANDREW CUNNINGHAM |
| DATE FILED WITH LOCAL REGISTRAR | NOVEMBER 16, 2020 |

**CAUSE OF DEATH** PART I: NOVEL CORONA COVID-19 VIRUS INFECTION INFECTION

IMMEDIATE CAUSE (Final disease or condition resulting in death): a.
Due to (or as a consequence of): b.
Due to (or as a consequence of): c.
Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: 1 DAYS

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A
FEMALE PREGNANCY STATUS: NOT PREGNANT WITHIN LAST YEAR
MANNER OF DEATH: NATURAL

DATE OF INJURY:
TIME OF INJURY:
PLACE OF INJURY:
INJURY AT WORK:
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:

| Field | Value |
|---|---|
| ATTEND THE DECEASED? | YES |
| DATE LAST SEEN ALIVE | NOVEMBER 10, 2020 |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 09:57 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | NOVEMBER 13, 2020 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | DR JERRY G MORTON, 2000 OGDEN AVENUE, AURORA, ILLINOIS, 60504 |
| PHYSICIAN'S LICENSE NUMBER | [redacted] |

336001

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*John A. Cunningham*
John A. Cunningham
Kane County Clerk and Registrar

EX. A.



17-1076.IOS

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**